Certificate Number: 12433-PAE-DE-034360456

Bankruptcy Case Number: 20-10972



12433-PAE-DE-034360456

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 20, 2020, at 9:24 o'clock AM EDT, Steven Michael Daniels, Sr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 20, 2020               By:   /s/Lance Brechbill

                                     Name: Lance Brechbill

                                     Title: Teacher