# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                           Chapter 13

                                           Bankruptcy No. 20-10972-ELF

STEVEN M DANIELS, SR.

207 POWELL LANE

UPPER DARBY, PA 19082-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STEVEN M DANIELS, SR.

    207 POWELL LANE

    UPPER DARBY, PA 19082-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 5/1/2020

                                        /S/ William C. Miller
                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee