# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE | CHAPTER 13 |
|  | CASE NO.: 20-10972-ELF |
| STEVEN M. DANIELS, SR., |  |
| Debtor |  |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ |  |
| EXETER FINANCE, LLC, |  |
| Movant | **HEARING DATE:** |
| vs. | Tuesday, June 09, 2020 |
|  | 9:30 A.M. |
| STEVEN M. DANIELS, SR., and |  |
| SOPHY EMILE, Codebtor. |  |
| Respondent(s) |  |
| and | **LOCATION:** |
| WILLIAM C. MILLER, ESQ. | United States Bankruptcy Court 900 |
| Trustee | Market Street |
|  | Courtroom No. 1 |
|  | Philadelphia, PA 19107 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay and Codebtor Stay filed by the above Movant, it is hereby **ORDERED** that the Motion is **GRANTED**. The automatic stay and codebtor stay are **MODIFIED** to permit the Movant to proceed and continue with an action in vehicle possession (2017 KIA Forte Sedan 4D LX I4, V.I.N. 3KPFK4A79HE034870) and to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Order entered by default.**

Date: 6/10/20

_____
Eric L. Frank
U.S. BANKRUPTCY JUDGE