United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven M Daniels, Sr.  
    Debtor

Case No. 20-10972-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jun 10, 2020  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2020 04:12:40  
     Exeter Finance LLC, c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,  
     Oklahoma City, OK 73118-7901  
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2020 04:12:54    Exeter Finance, LLC,  
     4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901  
                                                                                                                                         TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor Steven M Daniels, Sr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        JASON BRETT SCHWARTZ   on behalf of Creditor   Exeter Finance, LLC jschwartz@mesterschwartz.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, ET AL... bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                               TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|   |   |
|---|---|
| IN RE ) | CHAPTER 13 |
| ) | CASE NO.: 20-10972-ELF |
| STEVEN M. DANIELS, SR., ) | |
| Debtor ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | |
| EXETER FINANCE, LLC, ) | |
| Movant ) | **HEARING DATE:** |
| vs. ) | Tuesday, June 09, 2020 |
| ) | 9:30 A.M. |
| STEVEN M. DANIELS, SR., and ) | |
| SOPHY EMILE, Codebtor. ) | |
| Respondent(s) ) | |
| and ) | |
| ) | **LOCATION:** |
| WILLIAM C. MILLER, ESQ. ) | United States Bankruptcy Court 900 |
| Trustee ) | Market Street |
| ) | Courtroom No. 1 |
| ) | Philadelphia, PA 19107 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay and Codebtor Stay filed by the above Movant, it is hereby **ORDERED** that the Motion is **GRANTED**. The automatic stay and codebtor stay are **MODIFIED** to permit the Movant to proceed and continue with an action in vehicle possession (2017 KIA Forte Sedan 4D LX I4, V.I.N. 3KPFK4A79HE034870) and to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Order entered by default.**

Date: 6/10/20

Eric L. Frank
U.S. BANKRUPTCY JUDGE