*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Steven M Daniels, Sr.
    Debtor(s)

Case No: 20–10972–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case. see attached motion Filed by WILLIAM C. MILLER, Esq. Represented by William C. Miller

    on: 7/21/20

    at: 10:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/26/20

Timothy B. McGrath
Clerk of Court

36 – 23
Form 167