United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 20-10972-elf
Steven M Daniels, Sr.                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Pamela              Page 1 of 2              Date Rcvd: Jun 26, 2020
                             Form ID: 152              Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
```
db              +Steven M Daniels, Sr.,    207 Powell Lane,    Upper Darby, PA 19082-3311
14468953        +Acima Credit Fka Simpl,    9815 S Monroe St Fl 4,    Sandy, UT 84070-4384
14468954         Aqua Pennsylvania,    P.O. Box 70279,    Philadelphia, PA 19176-0279
14468958         Delaware County Memorial Hospital,    PO Box 8500-7585,    Philadelphia, PA 19178-7585
14468961        +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14468966        +Kim Clark,    143 Apple Avenue,    Bellmawr, NJ 08031-1219
14468967        +Nationstar/mr Cooper,    350 Highland,    Houston, TX 77009-6623
14468969         PA Turnpike TOLL BY PLATE,    PO Box 645631,    Pittsburgh, PA 15264-5254
14471967        +Philadelphia Parking Services,    701 Market Street, Suite 5400,    Philadelphia, Pa 19106-2895
14468972        +Portnoff Law Associates, Ltd.,    P.O. Box 391,    Norristown, PA 19404-0391
14480813        +Remit Corporation,    c/o Michael A. Hynum Esquire,    2608 N. 3rd Street PO Box 5620,
                  Harrisburg, Pa 17110-0620
14468974         Rushmore Service Center,    PO Box 5507,    Sioux Falls, SD 57117-5507
14468975         Sage Capital Recovery,    PO Box 8504,    Cherry Hill, NJ 08002-0504
14468977         Toyota Motor Credit,    111 W 22nd St,    Oakbrook, IL 60521
14502441         Toyota Motor Credit Corporation,     c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
14482382        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14468980         Upper Darby Township,    100 Garrett Road,    Municipal Building Room 102,
                  Upper Darby, PA 19082-3135
14471956        +WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR,     C/O KML Law Group,
                  701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14492899        +Wells Fargo Bank Et Al.,    c/o Nationstar Mortgage LLC d/b/a Mr. Co,    P.O. Box 619096,
                  Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 27 2020 04:31:03      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2020 04:30:38
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 27 2020 04:30:50      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 27 2020 04:39:39      Exeter Finance, LLC,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14489850        +E-mail/Text: bnc@atlasacq.com Jun 27 2020 04:30:11      Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
14468955        +E-mail/Text: bankruptcy@philapark.org Jun 27 2020 04:31:08      City of Philadelphia,
                  Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
14468956         E-mail/Text: documentfiling@lciinc.com Jun 27 2020 04:30:04      Comcast,    P.O. Box 70219,
                  Philadelphia, PA 19176-0219
14469370        +E-mail/Text: ebnnotifications@creditacceptance.com Jun 27 2020 04:30:09      Credit Acceptance,
                  25505 W Twelve Mile Rd,    Ste 3000,    Southfield MI 48034-8331
14468957        +E-mail/Text: ebnnotifications@creditacceptance.com Jun 27 2020 04:30:09
                  Credit Acceptance Corp,    Po Box 5070,    Southfield, MI 48086-5070
14474528        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 27 2020 04:39:24      Exeter Finance LLC,
                  AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14486944        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 27 2020 04:39:39
                  Exeter Finance LLC c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
14468959        +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jun 27 2020 04:39:39      Exeter Finance Llc,
                  Po Box 166097,    Irving, TX 75016-6097
14468960         E-mail/Text: bknotices@totalcardinc.com Jun 27 2020 04:30:41      First Access,    PO Box 5220,
                  Sioux Falls, SD 57117-5220
14468963         E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 27 2020 04:30:15      Internal Revenue Service,
                  P.O. Box 12051,    Philadelphia, PA 19105
14468965         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 27 2020 04:39:11      Jpmcb Auto,
                  P.o. Box 901003,    Fort Worth, TX 76101
14468964        +E-mail/Text: cs.bankruptcy@jmcbiz.com Jun 27 2020 04:31:09      Joseph Mann & Creed,
                  8948 Canyon Falls Blvd S,    Twinsburg, OH 44087-1900
14478641         E-mail/Text: documentfiling@lciinc.com Jun 27 2020 04:30:08      COMCAST,    PO BOX 1931,
                  Burlingame, CA 94011
14471368        +E-mail/PDF: cbp@onemainfinancial.com Jun 27 2020 04:39:24      ONEMAIN,    P.O. Box 3251,
                  Evansville, In. 47731-3251
14468968        +E-mail/PDF: cbp@onemainfinancial.com Jun 27 2020 04:39:25      Onemain,    Po Box 1010,
                  Evansville, IN 47706-1010
14484465         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2020 04:39:30
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14468970        +E-mail/Text: bankruptcygroup@peco-energy.com Jun 27 2020 04:30:16      Peco Energy,
                  2301 Market Street,    Philadelphia, PA 19103-1380
14468971        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2020 04:39:15
                  Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
```

```
District/off: 0313-2          User: Pamela              Page 2 of 2                  Date Rcvd: Jun 26, 2020
                              Form ID: 152              Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14490878       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 27 2020 04:30:47      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14468973       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 27 2020 04:39:39      Regional Acceptance Co,
                 1424 E Fire Tower Road,    Greenville, NC 27858-4105
14479030        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 27 2020 04:39:39      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
14498035       +E-mail/Text: bncmail@w-legal.com Jun 27 2020 04:30:44      Scolopax, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE 400,    SEATTLE, WA 98121-3132
14468978        E-mail/Text: CollectionsCompliance@firstdata.com Jun 27 2020 04:31:11
                 TRS Recovery Services, Inc.,    PO Box 60022,    City of Industry, CA 91716-0022
14468979       +E-mail/Text: bk.notice@tuitionoptions.com Jun 27 2020 04:31:06      Tuition Options,
                 15483 Collections Center Drive,    Chicago, IL 60693-0001
14471784        E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jun 27 2020 04:39:38
                 U.S. Department of Housing and Urban Development,    The Wanamaker Building, 11th Floor,
                 100 Penn Square East,    Philadelphia, PA 19107-3380
14468981       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 27 2020 04:31:06      Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14468976          Sophie Enille,    Unknown
cr*              +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*              +Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                   Oklahoma City, OK 73118-7901
cr*               Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern, PA 19355-0701
14491824*        +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14468962       ##+Hynum Law,   2608 North 3rd Street,    Harrisburg, PA 17110-2003
                                                                                   TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Steven M Daniels, Sr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance, LLC jschwartz@mesterschwartz.com
              REBECCA ANN SOLARZ    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER TO WELLS FARGO BANK MINNESOTA, ET AL... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Steven M Daniels, Sr.

    Debtor(s)

Case No: 20−10972−elf

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 7/21/20 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

35 – 22
Form 152