United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-10972-elf
Steven M Daniels, Sr.                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela              Page 1 of 1              Date Rcvd: Jun 26, 2020
                              Form ID: 167              Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db             +Steven M Daniels, Sr.,    207 Powell Lane,    Upper Darby, PA 19082-3311
cr              Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA   19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@atlasacq.com Jun 27 2020 04:30:10      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 27 2020 04:39:11
                 Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 27 2020 04:39:11      Exeter Finance, LLC,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Steven M Daniels, Sr. dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance, LLC jschwartz@mesterschwartz.com
          REBECCA ANN SOLARZ    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
           MERGER TO WELLS FARGO BANK MINNESOTA, ET AL... bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Steven M Daniels, Sr.
    Debtor(s)

Case No: 20–10972–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments , Motion to Dismiss Case. see attached motion Filed by WILLIAM C. MILLER, Esq. Represented by William C. Miller

on: 7/21/20

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 6/26/20

For The Court

Timothy B. McGrath
Clerk of Court

36 – 23
Form 167