United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10972-elf |
| Steven M Daniels, Sr. | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: DonnaR | Page 1 of 3 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven M Daniels, Sr., 207 Powell Lane, Upper Darby, PA 19082-3311 |
| 14468953 | + | Acima Credit Fka Simpl, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 14468954 | | Aqua Pennsylvania, P.O. Box 70279, Philadelphia, PA 19176-0279 |
| 14468958 | | Delaware County Memorial Hospital, PO Box 8500-7585, Philadelphia, PA 19178-7585 |
| 14468961 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14468966 | + | Kim Clark, 143 Apple Avenue, Bellmawr, NJ 08031-1219 |
| 14468967 | + | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14468969 | | PA Turnpike TOLL BY PLATE, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 14471967 | + | Philadelphia Parking Services, 701 Market Street, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14468972 | + | Portnoff Law Associates, Ltd., P.O. Box 391, Norristown, PA 19404-0391 |
| 14480813 | + | Remit Corporation, c/o Michael A. Hynum Esquire, 2608 N. 3rd Street PO Box 5620, Harrisburg, Pa 17110-0620 |
| 14468974 | | Rushmore Service Center, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 14468975 | | Sage Capital Recovery, PO Box 8504, Cherry Hill, NJ 08002-0504 |
| 14468977 | | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 14502441 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14482382 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14468980 | | Upper Darby Township, 100 Garrett Road, Municipal Building Room 102, Upper Darby, PA 19082-3135 |
| 14471956 | + | WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14492899 | + | Wells Fargo Bank Et Al., c/o Nationstar Mortgage LLC d/b/a Mr. Co, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 01 2020 03:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2020 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 01 2020 03:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 01 2020 03:35:17 | Exeter Finance, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14489850 | + | Email/Text: bnc@atlasacq.com | Oct 01 2020 03:26:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 14478641 | + | Email/Text: documentfiling@lciinc.com | Oct 01 2020 03:26:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14468955 | + | Email/Text: bankruptcy@philapark.org | Oct 01 2020 03:27:00 | City of Philadelphia, Parking Violations Branch, |

Case 20-10972-elf    Doc 46    Filed 10/02/20    Entered 10/03/20 01:39:03    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: DonnaR | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| | | | P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14468956 | Email/Text: documentfiling@lciinc.com | Oct 01 2020 03:26:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 14469370 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 01 2020 03:26:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 14468957 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 01 2020 03:26:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14474528 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 01 2020 03:33:43 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14486944 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 01 2020 03:33:43 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14468959 | + Email/PDF: ais.exeter.ebn@americaninfosource.com | Oct 01 2020 03:35:18 | Exeter Finance Llc, Po Box 166097, Irving, TX 75016-6097 |
| 14468960 | Email/Text: bknotices@totalcardinc.com | Oct 01 2020 03:26:00 | First Access, PO Box 5220, Sioux Falls, SD 57117-5220 |
| 14468963 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2020 03:26:00 | Internal Revenue Service, P.O. Box 12051, Philadelphia, PA 19105 |
| 14468965 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 01 2020 03:33:42 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 14468964 | + Email/Text: cs.bankruptcy@jmcbiz.com | Oct 01 2020 03:27:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd S, Twinsburg, OH 44087-1900 |
| 14471368 | + Email/PDF: cbp@onemainfinancial.com | Oct 01 2020 03:33:42 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 14468968 | + Email/PDF: cbp@onemainfinancial.com | Oct 01 2020 03:32:04 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14484465 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2020 03:33:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14468970 | + Email/Text: bankruptcygroup@peco-energy.com | Oct 01 2020 03:26:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14468971 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2020 03:32:05 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14490878 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2020 03:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14468973 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 01 2020 03:33:43 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 14479030 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 01 2020 03:33:43 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14498035 | + Email/Text: bncmail@w-legal.com | Oct 01 2020 03:26:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14468978 | Email/Text: CollectionsCompliance@firstdata.com | Oct 01 2020 03:27:00 | TRS Recovery Services, Inc., PO Box 60022, City of Industry, CA 91716-0022 |
| 14468979 | + Email/Text: bk.notice@tuitionoptions.com | Oct 01 2020 03:27:00 | Tuition Options, 15483 Collections Center Drive, Chicago, IL 60693-0001 |
| 14471784 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 01 2020 03:32:04 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14468981 | + Email/Text: bnc-bluestem@quantum3group.com | Oct 01 2020 03:27:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

Case 20-10972-elf    Doc 46    Filed 10/02/20    Entered 10/03/20 01:39:03    Desc Imaged
Certificate of Notice    Page 3 of 4

District/off: 0313-2     User: DonnaR     Page 3 of 3
Date Rcvd: Sep 30, 2020     Form ID: pdf900     Total Noticed: 49
TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14468976 | | Sophie Enille, Unknown |
| cr | *+ | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| cr | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14491824 | *+ | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 14468962 | ##+ | Hynum Law, 2608 North 3rd Street, Harrisburg, PA 17110-2003 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2020            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Steven M Daniels Sr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Exeter Finance LLC jschwartz@mesterschwartz.com |
| REBECCA ANN SOLARZ | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, ET AL... bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        Chapter 13
    STEVEN M. DANIELS,                       :
        Debtor                               :        Bky. No.  20-10972 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

       **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **September 30, 2020**

                                **ERIC L. FRANK**
                                **U.S. BANKRUPTCY JUDGE**